IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **REBECCA LOWERY** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV427 LG-RHW** |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | **DEFENDANT** |

## JUDGMENT

In accordance with the Order Granting Motion to Remand entered herein, it is ordered and adjudged that this case be, and it hereby is, remanded for further administrative action.

**SO ORDERED AND ADJUDGED** this the 21st day of January, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE