UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Rebecca Lowery,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.: |
| vs. | § | |
| | § | 1:09cv427-LG-RHW |
| | § | |
| **Michael J. Astrue,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| Defendant. | § | |

### Agreed Order Accepting the
### Parties' Settlement Agreement on Attorney's Fees

Pursuant to the agreement of the parties, the Court hereby orders that the Commissioner of Social Security, Michael J. Astrue, pay the plaintiff the sum of seven-thousand dollars and zero cents ($7,000.00) pursuant to the *Equal Access to Justice Act* (EAJA), 28 U.S.C. § 2412(d). These funds are payable to plaintiff as the prevailing party, and are subject to offset through the Treasury Department's Offset Program to satisfy any preexisting debt plaintiff may owe to the government. If, subsequent to the entry of this order, the Commissioner determines that plaintiff owes no debt to the government that would subject this award of attorney's fees, the Commissioner may honor plaintiff's purported assignment of EAJA fees providing for payment of the subject fees to plaintiff's counsel, rather than to plaintiff.

**SO ORDERED AND ADJUDGED** this the 14th day of March, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE

Agreed to:

Rebecca Lowery,
Plaintiff


By:   *s/Paul Brian Spurlock (by Stephen R. Graben with permission)*
      Paul Brian Spurlock
      Attorney for the Plaintiff



Michael J. Astrue,
Commissioner of Social Security,
Defendant


By:   *s/Stephen R. Graben*
      Stephen R. Graben
      Assistant United States Attorney
      Attorney for the Defendant